TO: Clerk's Office
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*************************************

United States of America

-v.-

Huiling Wu

22-MJ-1293
Docket Number

*************************************

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✓
Name: Patrick J. Campbell
Firm Name: DOJ
Address:  271 Cadman Plaza East
          Brooklyn, NY 11201
Phone Number: (202) 262-7067
E-Mail Address: patrick.j.campbell2@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ✓
If yes, state description of document to be entered on docket sheet:
_____
_____

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

**B) If a new application**, the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing criminal investigation

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE,**
**AND MAY NOT BE UNSEALED UNLESS ORDERED BY**
**THE COURT.**

DATED:  Brooklyn_____, NEW YORK
        12/6/2022   *Robert Levy*

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE  12/6/2022
                                DATE

**MANDATORY CERTIFICATION OF SERVICE**:

**A.)** ___  A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___  Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: _____; or **C.)** ✓  This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

12/6/2022                                    *PJ Campbell*
DATE                                         SIGNATURE