**ALAN GERSON, ESQ.**
**445 Central Avenue**
**Suite 208**
**Cedarhurst, NY 11516**
**(516) 612-3272**
**(516) 612-3273 (Fax)**

February 10, 2021

United States District Court
Eastern District New York
225 Cadman Plaza East
Brooklyn, NY 11201

Magistrate Taryn Merkl

Re.: Huiling Wu
Docket #: 22-MJ-1293

Dear Magistrate Merkl:

    I am making this request for my client's bail restrictions to be modified for one day so that she can travel to New Jersey to visit the grave of her husband on April 15, 2023 with her children. This is the anniversary of his death. Meghan R. Baio of Pre Trial Services has authorized this request along with Assistant U.S. Attorney Patrick J. Campbell. This was based on the compliance of my client with her bail requirements.

    Thank you for your assistance in this matter.

Very truly yours,

Alan Gerson

---

ORDER. On consent of Pretrial Services and the government, Defendant's release conditions are modified so as to allow her to travel to New Jersey on April 15, 2023. SO ORDERED.

March 30, 2023
Brooklyn, NY

Taryn A. Merkl,
U.S. Magistrate Judge
Eastern District of NY