**ALAN GERSON, ESQ.**
**445 Central Avenue**
**Suite 208**
**Cedarhurst, NY 11516**
**(516) 612-3272**
**(516) 612-3273 (Fax)**

June 26, 2023

United States District Court
Eastern District New York
225 Cadman Plaza East
Brooklyn, NY 11201

Magistrate Taryn Merkl

Re.: Huiling Wu
Docket #: 22-MJ-1293

Dear Magistrate Merkl:

I am making this request for my client's bail restrictions to be modified for one day so that she can travel to Pennsylvania to take her children to the Kalahari Indoor Waterwaprk for one day from 6/28/23 to the evening 6/29/23. She is a widow and the sole custodian of her young children  Meghan R. Baio of Pre Trial Services has authorized this request along with Assistant U.S. Attorney Patrick J. Campbell. This was based on the compliance of my client with her bail requirements.

Thank you for your assistance in this matter.

Very truly yours,

Alan Gerson